THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Herman Geathers,       
 Appellant.
 
 
 

Appeal From Horry County
Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No.
2005-UP-410
Submitted June 1, 2005  Filed June 27, 2005

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney
 Wanda H. Carter, of Columbia, for Appellant. 
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor John Gregory Hembree, of
 Conway, for Respondent.
 
 
 

PER CURIAM:  Herman
Geathers appeals his conviction and life sentence for second-degree criminal
sexual conduct with a minor.  Counsel for Geathers attached to the final
brief a petition to be relieved as counsel.  Geathers filed a separate pro
se response.
After a review of the record as
required by Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly
appealable issues that are arguable on their merits.  Accordingly, we
dismiss the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.